PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
E-Mail:   pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CAL FIKTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | Case No. 1:05-CV-00781 REC (SMS)<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel that defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON's time to respond to plaintiff CAL FIKTER's complaint shall be extended up to and including July 26, 2005.

///

///

///

///

///

///

///

RC1/377430.1/RMF

STIPULATION AND ORDER RE EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. 1:05-CV-00781 REC (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: July 13, 2005              LAW OFFICES OF RICHARD J. PAPST

By: /s/ RICHARD J. PAPST
RICHARD J. PAPST
Attorneys for Plaintiff,
CAL FIKTER

Dated: July 13, 2005              ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ ROBERT M. FORNI, JR.
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

**IT IS SO ORDERED.**

Dated: July __25___, 2005

/s/ ROBERT E. COYLE
Robert E. Coyle
U.S. District Judge

RC1/377430.1/RMF    - 2 -    STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 1:05-CV-00781 REC (SMS)

PDF created with pdfFactory trial version www.pdffactory.com