PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
E-Mail:    pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CAL FIKTER,<br><br>                    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                    Defendant. | Case No. 1:05-CV-00781 REC (SMS)<br><br>**STIPULATION AND ORDER RE: SEALING OF EXHIBIT B TO THE DECLARATION OF PAULA MCGEE IN SUPPORT OF DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE STANDARD OF REVIEW [L.R. 39-141]**<br><br>Date:  December 19, 2005<br>Time:  1:30 p.m.<br>Ctrm:  1<br>Judge:  Hon. Robert E. Coyle |

This action arises from the denial of long-term disability benefits under a qualified employee welfare benefit plan, and is thus governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 USC § 1001, *et seq*. Pursuant to the Court's Scheduling Order, entered September 20, 2005, the parties are to file and serve cross-motions for summary judgment on the standard of review on November 18, 2005. In support of their cross-motions, both parties intend to rely on, and cite from, the administrative record in this case, which consists, in relevant part, of the claim file maintained by defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life") concerning plaintiff CAL FIKTER's

PDF created with pdfFactory trial version www.pdffactory.com

claim for long-term disability benefits under the Group Disability Income Policy, number GF3-890-420286-01, issued by Liberty Life to Aera Energy Services Company ("Aera").  The claim file comprises 904 pages, and consists of plaintiff's private, confidential medical and financial records, as well as communications about plaintiff's private, confidential medical and financial records and condition.  The dissemination of these records and communications would be facilitated by the electronic filing of these documents, and inure to plaintiff's detriment in that, among other things, doing so would expose his private, confidential medical and financial affairs to public scrutiny, result in undue public humiliation or embarrassment, and leave him exposed to potential identity theft.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that the Clerk's Office shall scan the following documents, served manually pursuant to Local Rule 39-141(c), but maintain the electronic documents on a part of the server that limits access only to authorized individuals:

1. a copy of the claim file maintained by Liberty Life with respect to plaintiff's claim for long-term disability benefits under Group Disability Income Policy, number GF3-890-420286-01, including all electronic notes (Bates labeled CF-001 to CF-904), incorporated by reference as Exhibit B in the Declaration of Paula McGee In Support of Defendant Liberty Life Assurance Company of Boston's Motion for Partial Summary Judgment on the Standard of Review.

Unless the Court orders otherwise, the above-referenced paper documents filed under seal shall be returned to the submitting party upon the conclusion of this action.

**IT IS SO STIPULATED.**

Dated:  November 17, 2005                LAW OFFICES OF RICHARD J. PAPST


By: /s/  RICHARD J. PAPST
RICHARD J. PAPST
Attorneys for Plaintiff, CAL FIKTER

\ \ \

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/387480.1/RMF

- 2 -

STIPULATION AND ORDER RE: MANUAL FILING OF EXHIBITS
CASE NO. 1:05-CV-00781 REC (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: November 17, 2005 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ ROBERT M. FORNI, JR.
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

The stipulation of the parties is **APPROVED**, and **IT IS SO ORDERED.**

Dated: November _18____, 2005

/s/Robert E. Coyle
Robert E. Coyle
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com