UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL FIKTER,<br><br>        Plaintiff,<br><br>  vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-05-0781 REC SMS<br><br>**ORDER AFTER SETTLEMENT** |

Counsel has informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than February 17, 2006.**

**All court dates** and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   January 25, 2006**                    **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE