PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
E-Mail:         pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CAL FIKTER,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | Case No. 1:05-CV-00781 REC (SMS)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, CAL FIKTER, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective counsel, that the above-captioned action, and all claims alleged therein against defendant, shall be dismissed with prejudice.

Dated:  February 8, 2006               LAW OFFICES OF RICHARD J. PAPST


                                        By:    _/s/ RICHARD PAPST_____
                                               RICHARD J. PAPST
                                               Attorneys for Plaintiff, CAL FIKTER

\ \ \

\ \ \

\ \ \

RC1/393158.1/RMF                    - 1 -               STIPULATION AND ORDER OF DISMISSAL
                                                         CASE NO. 1:-05-CV-00781 REC (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: February 13, 2006 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: ___/s/ Pamela E. Cogan___<br>PAMELA E. COGAN<br>ROBERT M. FORNI, JR.<br>Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

## **ORDER**

**IT IS HEREBY ORDERED** that the above-captioned action, and all claims alleged therein, against Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, shall be, and hereby is, dismissed with prejudice.

Date: February _15___, 2006

/s/ ROBERT E. COYLE
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com